UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL M. GREEN,<br><br>                       Plaintiff,<br>v.<br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br>                       Defendant. | Case No. 2:13-cv-083-APG-CWH<br><br>**Order Accepting Report and Recommendation and Remanding Case**<br><br>(Dkt. ## 16, 18, 20) |

       On October 25, 2013, Magistrate Judge Hoffman entered his Report and Recommendation [Dkt. #20] recommending that Plaintiff's Motion for Reversal or Remand [Dkt. #16] be granted in part, subject to the modification that it be remanded for further proceedings consistent with the terms of that Report and Recommendation. Judge Hoffman further recommended that Defendant's Cross-Motion to Affirm [Dkt. #18] be denied. No objection has been filed to Judge Hoffman's Report and Recommendation. I have conducted a de novo review of the issues set forth in the Report and Recommendation pursuant to Local Rule IB 3-2. Judge Hoffman's Report and Recommendation sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

       IT IS HEREBY ORDERED that Judge Hoffman's Report and Recommendation is accepted, Plaintiff's Motion for Reversal or Remand [Dkt. #16] is GRANTED IN PART, Defendant's Cross-Motion to Affirm [Dkt. #18] is DENIED, and this case is REMANDED for further proceedings consistent with the terms of Judge Hoffman's Report and Recommendation.

       Dated: June 18, 2014.

                                                                ANDREW P. GORDON<br>
                                                               UNITED STATES DISTRICT JUDGE