# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

MICHAEL M. GREEN

Plaintiff,

V.

CAROLYN W. COLVIN, acting Commissioner of Social Security

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00083-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that fees and expenses in the amount of $3,000 be granted in favor of Plaintiff, Michael M. Green and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

| 7/15/2014 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ D. Johnson |
| | (By) Deputy Clerk |