# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michael M. Green | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | for Attorney Fees |
| v. | Case Number: 2:13-cv-00083-APG-CWH |
| Michael J. Astrue | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff Michael Green's attorney, Marc V. Kalagian, is awarded attorney's fees pursuant to 42 U.S.C. § 406 (b) in the amount of $6,800.00. IT IS FURTHER ORDERED that Marc V. Kalagian shall reimburse plaintiff Michael Green the amount of $3,000.00 for EAJA fees previously paid by the Commissioner.

| | |
|---|---|
| 2/6/19 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |